UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| In Re: | ) | BK No.: 13-83427 |
| --- | --- | --- |
| MUNEER ALABAWY | ) | |
| MAGGIE K. ALABAWY | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming before the Court on the Motion to Modify filed 6/7/2017 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby modified increasing debtors' Chapter 13 Plan payment to $760 per month commencing immediately and modifying the Chapter 13 Plan to pay all allowed claims 100%.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: July 28, 2017

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368